

## REVISED JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00104-CV

WHITE LION HOLDINGS, L.L.C., Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 98th District Court of Travis County.
(Tr. Ct. No. D-1-GV-13-001068).

This case is an appeal from the final judgment signed by the trial court on September 19, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellant, White Lion Holdings, L.L.C., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 24, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Justice Brown.